PARSONS BEHLE & LATIMER
Rew R. Goodenow, NV Bar No. 3722
Robert W. DeLong, NV Bar No. 10022
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
Email: rgoodenow@parsonsbehle.com
       rdelong@parsonsbehle.com

Attorneys for Plaintiff Real Spirit USA, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REAL SPIRIT USA, INC., a Nevada corporation,<br><br>            Plaintiff,<br><br>v.<br><br>"WATERIONIZERSCAMS" (posting on the website www.YouTube.com); "WATERIONIZERTRUTH" (posting on the website www.YouTube.com); JOHN DOES, 1-10, individually or as corporations/business entities (posting as "WATERIONIZERSCAMS" and "WATERIONIZERTRUTH" on the website www.YouTube.com),<br><br>            Defendants. | Case No. 3:16-CV-00322<br><br>**<u>ORDER GRANTING PLAINTIFF'S MOTION FOR FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION</u>** |

THIS CAUSE came before the Court on Real Spirit USA, Inc.'s ("RSU") Motion for Final Default Judgment and Permanent Injunction (the "Motion"). The Court hereby finds that defendants WATERIONIZERSCAMS and WATERIONIZERTRUTH (collectively "Defendants") have failed to appear, plead, or otherwise defend as required by the Federal Rules of Civil Procedure. Accordingly, the Court hereby finds that RSU's Motion be GRANTED, and this Court enters Judgment and injunctive relief in favor of RSU as outlined below. RSU and

Defendants are collectively referred to as the "Parties."

## JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants have made false and disparaging statements about RSU on the Internet, including in videos Defendants published on the websites found at the following URLs: www.youtube.com ("YouTube") and www.dailymotion.com ("Dailymotion").

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the statements addressed in the Complaint that Defendants made concerning RSU in the videos located at:

- https://www.youtube.com/watch?v=ES7O4pyqRGE
- https://www.youtube.com/watch?v=Pn7gJG6LeLw
- http://www.dailymotion.com/video/x21xd6m_air-water-life-review_tech
- http://www.dailymotion.com/video/x21xd3b_air-water-life-ionizer-scam_tech
- https://www.youtube.com/watch?v=RehOedUMGys

are misleading, false, and cause damage to RSU.

## PERMANENT INJUNCTION

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A.  Defendants and their agents and assigns are prohibited from any further acts of defamation or publication of false and/or misleading statements, comments, or information regarding RSU or its products on YouTube, Dailymotion, or any other website or publication;

B.  The Parties are mandated to take all reasonable actions they can under the law to remove the defamatory, disparaging, libelous, and false statements about RSU that Defendants made in the videos published on YouTube and Dailymotion, including requesting that YouTube and Dailymotion remove the videos Defendants published at the following URLs:

- https://www.youtube.com/watch?v=ES7O4pyqRGE
- https://www.youtube.com/watch?v=Pn7gJG6LeLw
- http://www.dailymotion.com/video/x21xd6m_air-water-life-review_tech
- http://www.dailymotion.com/video/x21xd3b_air-water-life-ionizer-scam_tech
- https://www.youtube.com/watch?v=RehOedUMGys;

  C. The Parties are mandated to request that Internet search engines such as Google, Yahoo! and Bing remove from their search indices the URLs specified above; and

  D. As it is possible that the above-referenced URLs and the videos contained therein will appear on additional web pages or search engines in the future, including, but not limited to, index, directory, and search results pages, The Parties are mandated to take all reasonable actions available under the law to attempt to remove all such web pages from the Internet, including requesting removal of all such web pages from the search engines of Google, Yahoo!, and Bing.

  E. This case will be administratively closed. However, the Plaintiff may file an application to have this case re-opened in the event that the videos identified above appear on additional web pages or search engines in the future, and are not promptly removed by the defendants.

  IT IS SO ORDERED.

  DATED this __3rd__ day of __March_____, 2017.

*[signature: Howard D. McKibben]*

UNITED STATES DISTRICT JUDGE